Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–19282–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jennifer DeSimone
  27 East Point Pleasant Ave.
  Ocean Gate, NJ 08740

Social Security No.:
  xxx–xx–3122

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/7/17.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.


Dated: August 7, 2017
JAN: slf

                                                              Jeanne Naughton
                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 15-19282-MBK
Jennifer DeSimone                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Aug 07, 2017
                              Form ID: 148             Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2017.
```
db            +Jennifer DeSimone,   27 East Point Pleasant Ave.,    Ocean Gate, NJ 08740-1396
515516866    ++COMCAST,   676 ISLAND POND RD,    MANCHESTER NH 03109-4840
                (address filed with court:   Comcast,    PO Box 196,   Newark, NJ  07101-0196)
515516867     +Direct Cremations,   559 Kinderkamack Road,    Oradell, NJ 07649-1510
515699257     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 07 2017 22:27:32     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 07 2017 22:27:28      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515541390      EDI: AIS.COM Aug 07 2017 22:03:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,   PO Box 248848,    Oklahoma City, OK  73124-8848
515737411     +E-mail/Text: bncmail@w-legal.com Aug 07 2017 22:27:40      CERASTES, LLC,
                C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515516868     +E-mail/Text: bknotice@erccollections.com Aug 07 2017 22:27:35      Enhanced Recovery Co L,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
515516869     +EDI: AMINFOFP.COM Aug 07 2017 22:03:00      First Premier Bank,   601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
515516870     +EDI: HY11.COM Aug 07 2017 22:03:00      Hyundai Capital Americ,   10550 Talbert Ave,
                Fountain Valley, CA 92708-6032
515516871     +EDI: IIC9.COM Aug 07 2017 22:03:00      I C System Inc,   Po Box 64378,
                Saint Paul, MN 55164-0378
515516872     +E-mail/Text: bankruptcy@onlineis.com Aug 07 2017 22:27:56      Online Collections,   Po Box 1489,
                Winterville, NC 28590-1489
515740033      EDI: PRA.COM Aug 07 2017 22:03:00      Portfolio Recovery Associates, LLC,   c/o Old Navy,
                POB 41067,   Norfolk VA 23541
515516873     +EDI: PRA.COM Aug 07 2017 22:03:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                Norfolk, VA 23502-4952
515516874      EDI: TFSR.COM Aug 07 2017 22:03:00      Toyota Motor Credit Co,   4 Gatehall Dr Ste 350,
                Parsippany, NJ  07054
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2017 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lynn Therese Nolan    on behalf of Creditor    Toyota Motor Credit Corporation servicer for Toyota
               Lease Trust LNolan@schillerknapp.com,
               tshariff@schillerknapp.com;jcollen@schillerknapp.com;kcollins@schillerknapp.com
              Michael E. Blaine    on behalf of Creditor    Toyota Motor Credit Corporation servicer for Toyota
               Lease Trust mblaine@schillerknapp.com,   tshariff@schillerknapp.com;kcollins@schillerknapp.com
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Aug 07, 2017
                               Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert   Manchel    on behalf of Debtor Jennifer   DeSimone manchellaw@yahoo.com
        TOTAL: 6